# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 4:15-cr-13 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| JAMES HEDELSKY ) | |
| ) | Magistrate Judge Susan K. Lee |
| ) | |

## ORDER

On March 10, 2016, Defendant filed a motion to suppress. (Doc. 48.) Magistrate Judge Susan K. Lee held a hearing on the motion (Doc. 55) and filed a Report and Recommendation recommending that the motion be denied (Doc. 56). Neither party filed an objection within fourteen days.

After reviewing the record, the Court agrees with the R&R. The Court hereby **ACCEPTS** and **ADOPTS** the Magistrate Judge's R&R (Doc. 56), pursuant to 28 U.S.C. § 636(b)(1), and Defendant's motion to suppress is hereby **DENIED** (Doc. 48).

**SO ORDERED**

**ENTER**

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**